In the Matter of PIER 49, EAST RIVER.— Motion to extend time granted so that appeal may be argued October 2, 1917. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

W. L. STOW v. C. H. MACKAY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

CARL JUNK v. TERRY & TENCH COMPANY.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

A. GOLDMAN v. JACOB V. BOOTMANN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SAMUEL KRACHMALNIK v. PETER ORANCE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of GEORGE HIRSCH.— Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM W. KENERSON, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs in this court and in the court below, on the opinion of Lehman, J., at Special Term (Reported in 100 Misc. Rep. 723). Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.